FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

_Ocala_ Division

2013 MAR 32 AM 11: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
OCALA FLORIDA

## CIVIL RIGHTS COMPLAINT FORM

_Robert W. Custer 2nd_

CASE NUMBER: _5:13-cv-163-oc-10PRL_
(To be supplied by Clerk's Office)

(Enter **full name** of each **Plaintiff** and prison number, if applicable)

v.

_Ed Dean, Paul Laxton,_
_Gary E. Shaw, Todd English_
_individually_
_and in their official capacity_

(Enter **full name** of each **Defendant**. If additional space is required, use the blank area directly to the right).

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** _Mayo Correctional Inst_
(Indicate the name and location)
_Annex 8784 W US 27 Mayo, Fla 34475_

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( ) No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22 (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No ( )

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No ( )

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No ( )

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. Informal Grievance (Request for Interview)

DC 225 (Rev. 9/03)                                        2

      1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No ( )

      2. If so, you must attach a copy of the grievance and response to this Complaint form.

C.    Formal Grievance (Request for Administrative Remedy or Appeal)

      1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No ( )

      2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

      3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No ( )

      4. If so, you must attach a copy of the grievance and response to this Complaint form.

D.    Appeal to the Office of the Secretary (Request for Administrative Remedy or Appeal)

      1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No ( )

      2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this _22_ day of _March_, 2_013_.

_Robert William Custer_
Signature of Plaintiff

IV. **PREVIOUS LAWSUITS:**

    A. Have you initiated other lawsuits in <u>state court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    B. Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof? Yes ( ) No (✓)

    C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1. Parties to previous lawsuit:

           Plaintiff(s): _____

           Defendant(s): _____

        2. Court (if federal court, name the district; if state court, name the county):

        3. Docket Number: _____

        4. Name of judge: _____

        5. Briefly describe the facts and basis of the lawsuit: _____

        6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

        7. Approximate filing date: _____

        8. Approximate disposition date: _____

    D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____
_____
_____
_____
_____

V.  **PARTIES:** In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.  Name of Plaintiff: Robert William Custer, 2nd

   Mailing address: Mayo C.I. Annex, 8784 Highway US 27 West, Mayo, Florida 32066

B.  Additional Plaintiffs: _____
_____
_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.  Defendant: Ed Dean

   Mailing Address: 700 N.W. 30th Avenue
   Ocala, Florida 34475

   Position: Sheriff

   Employed at: Marion County Sheriff's Department

D.  Defendant: Paul Laxton

   Mailing Address: 760 N.W. 30th avenue
   Ocala, Florida 34475

   Position: Major

   Employed at: Marion County Jail

DC 225 (Rev. 9/03)                                 6

E.  Defendant: Gary E. Shaw
    Mailing Address: 700 NW 30th Ave
    Ocala, Fla. 34475
    Position: Officer
    Employed at: Marion County Jail

F.  Defendant: Officer Todd English
    Mailing Address: 700 NW 30th Avenue
    Ocala, Florida 34475
    Position: Officer
    Employed at: Marion County Jail

G.  Defendant: _____
    Mailing Address: _____
    Position: _____
    Employed at: _____

VI. **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

On 4/1/09 while acting under the color of law defendants did violate the 8th and 14th Amendments of the Constitution of the United States and perhaps 18 USC 242 by causing or allowing the attempted murder/assault upon me as cruel and unusual punishment in retaliation for a dispute over medical info to be transported from jail to court to give to my counsel and did and additionally deny the due process of law. I am damaged physically mentally for the life

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant(s)). Sheriff Ed Dean, Major Paul Laxton, Sgt. Gary Shaw, Officer English

On 3/26/09 I reported to transport area of Marion County Jail for transport to courthouse for DNA hearing. I brought a one page paper with medical information with me to give to my defense counsel Levy. Once I arrived at the courtroom, Officer English took the paper from my hand and put it on his metal box that contains chains in it. Once he chained me, I asked for my medical paper. He refused. I objected explaining my purpose to give to counsel. He told me to go to the holding cell. I complied. When I turned

VIII. **RELIEF REQUESTED:** State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

1) Declaration of violation of Rights under Constitution and Laws of US 2) Preliminary and Permanent compensatory damages 3) Punitive damages in total of seven million dollars to deter defendants similar future actions and adequately provide for my elderly mother, my minor son Colin and myself 4) Jury Trial 5) Injunction to bar my ever being in M.C.J. again 6) Injunction to bar Shaw and English from contact with me

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 22nd day of March, 2013.

Robert W. Custer2 xo

(Signatures of all Plaintiffs)